# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 4, 2013

## NO. 03-13-00290-CV

**Virginia Jaimes, Appellant**

**v.**

**Federal National Mortgage Association, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on March 5, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment. Therefore, the Court affirms the trial court's judgment.

The appellant shall pay all costs relating to this appeal, both in this Court and the court below.